UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

v. Case No.: 8:15-cv-2212-T-30AEP

$200,686.00 IN U.S. CURRENCY
Defendant.

**JUDGMENT OF FORFEITURE**

THIS CAUSE comes before the Court on the United States' Motion for a Judgment of Forfeiture for $140,480.20 of the Defendant Funds. The Court finds that $140,480.20 of the Defendant Funds is subject to forfeiture pursuant to 18 U.S.C. § 981(a)(1)(C) and Supp'l Rule G, Supplemental Rules for Certain Admiralty or Maritime Claims and Asset Forfeiture Actions.

Having been fully advised in the premises, the Court finds that $140,480.20 of the Defendant Funds is forfeitable to the United States because the funds represent property which constitutes or is derived from proceeds traceable to a violation of 18 U.S.C. § 1955, or a conspiracy to commit such offense. The $140,480.20 is thus property constituting or derived from proceeds traceable to a violation of an offense constituting "specified unlawful activity" (as defined in section 1956(c)(7) of Title 18) and subject to civil forfeiture to the United States pursuant to 18 U.S.C. § 981(a)(1)(C).

The Court further finds that the only parties known to have an alleged interest in the Defendant Funds are the Claimants, Urban PCS, LLC, Liberty

PCS, LLC, and Vallejo Business Services, LLC d/b/a Biz Zone ("the Claimants"). In accordance with the provisions of Supp'l Rule G(4)(b)(i), the Claimants received actual notice of this action and were sent a copy of the Complaint for Forfeiture *in Rem*. Pursuant to the Stipulated Settlement Agreement, the Claimants agreed to the civil forfeiture of $140,480.20 of the Defendant Funds. The United States seeks to dismiss the remaining $60,205.80 and return those funds to the Claimants.

The Court further finds that the United States filed a Declaration of Publication which reflects that notice of this forfeiture was posted on an official government internet website (www.forfeiture.gov) for at least 30 consecutive days, beginning on September 24, 2015, pursuant to Supp'l Rule G(4)(a)(iv)(C). No other person or entity has filed a claim and the time for filing such a claim has expired. Thus, it is now appropriate for the Court to enter a Judgment of Forfeiture for $140,480.20 of the Defendant Funds.

Accordingly, it is hereby

ORDERED, ADJUDGED AND DECREED that for good cause shown, said Motion of the United States is hereby GRANTED.

It is further ORDERED that, pursuant to the provisions of 18 U.S.C. § 981(a)(1)(C) and Supp'l Rule G, all right, title, and interest in $140,480.20 of the Defendant Funds, is hereby CONDEMNED and FORFEITED to the United States for disposition according to law. Clear title to $140,480.20 of the

Defendant Funds is now vested in the United States of America. The remaining $60,205.80 of the Defendant Funds is dismissed.

DONE and ORDERED in Tampa, Florida, this 2nd day of November, 2016.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies to:
James A. Muench, AUSA
Counsel of Record